830

No. 212. WHITESIDE *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied. *Loring J. Whiteside pro se. George R. Tiernan* for respondent.

No. 216. ST. HELENA PARISH SCHOOL BOARD ET AL. *v.* HALL ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *William P. Schuler,* Assistant Attorney General, for petitioners. *Constance Baker Motley* for respondents.

No. 217. LOUISIANA STATE BOARD OF EDUCATION ET AL. *v.* ALLEN ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *George M. Ponder* and *William P. Schuler,* Assistant Attorneys General, for petitioners. *Constance Baker Motley* for respondents.

No. 219. DENVER & RIO GRANDE WESTERN RAILROAD Co. *v.* STATE TAX COMMISSION OF UTAH. Supreme Court of Utah. Certiorari denied. *Dennis McCarthy* for petitioner.

No. 220. SCHNAUDER ET AL. *v.* PEERLESS INSURANCE Co. C. A. 5th Cir. Certiorari denied. *A. H. Reed* for petitioners. *William A. Porteous, Jr.* for respondent.

No. 225. WETHERED, TRUSTEE, *v.* ALBAN TRACTOR Co., INC., ET AL. Court of Appeals of Maryland. Certiorari denied. *Herbert M. Brune* for petitioner. *Nathan Patz* for respondents.